THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
MICHAEL SANDORE, PLAINTIFF IN ERROR.

Submitted March 24, 1924—Decided April 25, 1924.

On error to the Supreme Court, whose opinion is reported
in 1 *N. J. Mis. R.* 537.

For the plaintiff in error, *Edward Dillon* and *William R.
Crosson.*

For the defendant in error, *John O. Bigelow,* prosecutor of
the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER,
KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARD-
NER, VAN BUSKIRK, CLARK, MCGLENNON, JJ.   12.

*For reversal*—None.